under section 3228 of the Code of Civil Procedure. So far, however, as the order directs the entry of judgment in favor of the defendants for the amount of the costs as taxed, it is unauthorized; and the order appealed from should be modified by striking out the provision to that effect, and, as modified, affirmed, without costs to either party.

FAIRFIELD v. DUMAS. (Supreme Court, Appellate Division, First Department. January 15, 1904.) Action by Mary C. Fairfield against James S. Dumas. No opinion. Motion granted, with $10 costs.

FAIRFIELD v. DUMAS. (Supreme Court, Appellate Division, First Department. January 15, 1904.) Action by Samuel E. Fairfield against James S. Dumas. No opinion. Motion granted, with $10 costs.

FALK et al., Respondents, v. AMERICAN WEST INDIES TRADING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by Mortimer Falk and others against the American West Indies Trading Company. I. M. Aron, for appellant. M. S. Wise, for respondents. No opinion. Appeal from decision on report of referee, and from order confirming same, dismissed. Judgment affirmed, with costs.

FARMER, Appellant, v. A. D. FARMER & SON TYPE-FOUNDING CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by William W. Farmer against the A. D. Farmer & Son Type-Founding Company and others. B. N. Cardozo, for appellant. C. E. Hughes, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

FARMERS' LOAN & TRUST CO., Respondent, v. PENDLETON, Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by the Farmers' Loan & Trust Company against Jennie F. Pendleton. E. C. Delavan, Jr., for appellant. C. K. Beekman, for respondent. No opinion. Judgment (75 N. Y. Supp. 294) affirmed, with costs, on opinion in the court below.

FARMERS' & MECHANICS' BANK, Appellant, v. HAWN et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by the Farmers' & Mechanics' Bank against Warren Hawn and others. No opinion. Judgment and order unanimously affirmed, with costs.

FARRELL, Respondent, v. RYAN et ux., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by Edward D. Farrell, as receiver of the Cobleskill Quarry Company, against Patrick Ryan and wife. No opinion. Judgment and order unanimously affirmed, with costs.

FAULKNER, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department.

December 11, 1903.) Action by Martha Faulkner against the Metropolitan Street Railway Company. F. A. Gaynor, for appellant. H. I. Keenan, for respondent. No opinion. Judgment and order affirmed, with costs.

FEIGENSPAN v. PLAISTED et al. (Supreme Court, Appellate Division, Fourth Department. January 12, 1904.) Action by Christian Feigenspan against Ada Plaisted and another. No opinion. Motion to dismiss appeal granted, with $10 costs.

FENNER, Respondent, v. McDOWELL, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by Milton M. Fenner against Russell J. McDowell. No opinion. Judgment affirmed, with costs.

In re FENTON. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) In the matter of the judicial settlement of accounts of Edward F. Fenton. No opinion. Motion to dismiss appeal granted, with $10 costs.

FINCH, Appellant, v. PATTERSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by Charles R. Finch against Emmett Patterson and others. No opinion. Judgment affirmed, with costs.

FITZPATRICK, Appellant, v. TOWN OF SCHAGHTICOKE, Respondent, et al. (Supreme Court, Appellate Division, Third Department. January 16, 1904.) Action by Kearon Fitzpatrick, an infant, by guardian, against the town of Schaghticoke, impleaded, etc. No opinion. Judgment unanimously affirmed, with costs.

FLEMING, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by John Fleming against Charles A. Brown. No opinion. Motion denied. Memorandum per curiam.

FOOTE, Respondent, v. MacNUTT, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by Elizur V. Foote, as executor, etc., against Mary J. MacNutt, impleaded. F. Cochrane, for appellant. R. E. Dwight, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re FT. WASHINGTON RIDGE ROAD. (Supreme Court, Appellate Division, First Department. December 11, 1903.) In the matter of the Ft. Washington Ridge Road. No opinion. Motion denied, with $10 costs. Memorandum per curiam.

FRANK et al., Appellants, v. WOLF et al., Respondents. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by Betty Frank and others against George Wolf and others. From an order denying a